BERINGER v. FRAWLEY. (Supreme Court, Appellate Division, First Department. December 8, 1911.) Action by Alvin B. Beringer against Patrick Frawley. No opinion. Motion granted, unless appellant complies with terms stated in order.

BERTRAND, Respondent, v. HINCKLEY FIBER CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. December 8, 1911.) Action by Dorilda Bertrand, as administratrix, against the Hinckley Fiber Company. No opinion. Motion for leave to appeal to Court of Appeals denied, with $10 costs. For former decision, see 131 N. Y. Supp. 1104.

BILICKI, Appellant, v. STATEN ISLAND SHIPBUILDING CO., Respondent. (Supreme Court, Appellate Division, Second Department. January 5, 1912.) Action by Thomas Bilicki against the Staten Island Shipbuilding Company. No opinion. Order reversed, with costs, and motion denied, with costs. See, also, 132 N. Y. Supp. 564.

BISHOP, Respondent, v. KINGSTON GAS & ELECTRIC CO., Appellant. (Supreme Court, Appellate Division, Third Department. December 28, 1911.) Action by Emma Bishop, as administratrix, etc., of Arthur Bishop, deceased, against the Kingston Gas and Electric Company. No opinion. Motion granted, without costs. See, also, 131 N. Y. Supp. 1039.

BLOCH, Appellant, v. BERNAT, Respondent. (Supreme Court, Appellate Division, First Department. January 12, 1912.) Action by Bert K. Bloch against Frank Bernat. S. J. Bloch, for appellant. J. A. Martin, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

BLOSSOM HEATH INN, Appellant, v. HEALY, Respondent. (Supreme Court, Appellate Division, Second Department. November 24, 1911.) Summary proceedings by the Blossom Heath Inn against Timothy D. Healy. No opinion. Order of the County Court of Westchester county affirmed, with $10 costs and disbursements. See, also, 129 N. Y. Supp. 1113.

BOARD OF EDUCATION OF UNION FREE SCHOOL DIST. NO. 4, OF TOWN OF NORTH HEMPSTEAD, IN COUNTY OF NASSAU, v. COOLEY et al. (Supreme Court, Appellate Division, Second Department. November 24, 1911.) Action by the Board of Education of Union Free School District No. 4 of the Town of North Hempstead, in the County of Nassau, against James S. Cooley, as School Commissioner, and the Village of Mott's Point, Village of Sands Point, and Village of Barker's Point, claiming to be municipal corporations, respondents. No opinion. Interlocutory judgment affirmed, with costs.

In re BOARD OF RAPID TRANSIT R. COM'RS. (Supreme Court, Appellate Division, Second Department. November 28, 1911.) In the matter of the application of the Board of Rapid Transit Railroad Commissioners, etc., for the appointment of three commissioners, etc. Brooklyn and Manhattan Loop Lines, Brooklyn Sections. PER CURIAM. Motion denied, without costs. JENKS, P. J., not voting.

BOUCK, Appellant, v. MOSHER, Respondent. (Supreme Court, Appellate Division, Third Department. December 28, 1911.) Action by John M. Bouck against Eli C. Mosher. No opinion. Judgment affirmed, with costs.

BRANCH, Appellant, v. TOWN OF CAMBRIA, Respondent. (Supreme Court, Appellate Division, Fourth Department. December 6, 1911.) Action by Maria D. Branch against the Town of Cambria. PER CURIAM. Judgment and order affirmed, with costs. McLENNAN, P. J., not sitting.

BRANGACCIO, Respondent, v. WEBER PIANO CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 12, 1912.) Action by Vincenzo Brangaccio against the Weber Piano Company. No opinion. Order affirmed, without costs, and without prejudice to a renewal of the motion, if the case is not diligently prosecuted. See, also, 143 App. Div. 612, 128 N. Y. Supp. 467.

BREWSTER et al. v. F. G. BREWSTER CO. (Supreme Court, Appellate Division, First Department. January 12, 1912.) Action by Ulysses B. Brewster and another against the F. G. Brewster Company; Eugene L. Parodi, petitioner. R. R. Reed, for appellant. J. A. Foley, for respondent. PER CURIAM. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 145 App. Div. 812, 130 N. Y. Supp. 654. INGRAHAM, P. J., dissents, on his dissenting opinion in People v. Oriental Bank, 129 App. Div. 865, 114 N. Y. Supp. 440; and Fenn v. Ostrander, 133 App. Div. 940, 118 N. Y. Supp. 117.

BROOKS, Respondent, v. NASSAU ELECTRIC R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 24, 1911.) Action by Anna M. Brooks against the Nassau Electric Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

BRUKENFELD, Respondent, v. AMERICAN BONDING CO., Appellant. (Supreme Court, Appellate Division, First Department. January 12, 1912.) Action by Yatte Brukenfeld against the American Bonding Company.

J. L. Prager, for appellant. S. J. Rosenblum, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

BRUNER, Appellant, v. TORREY et al., Respondents. (Supreme Court, Appellate Division, Second Department. January 5, 1912.) Action by Evelyn Day Bruner against Frank B. Torrey as executor, etc., of Edward Warren Day, deceased, and others. No opinion. Order affirmed, with $10 costs and disbursements. See also, 141 App. Div. 838, 125 N. Y. Supp. 915.

BRYAN v. SAFIR. (Supreme Court, Appellate Division, First Department. January 12, 1912.) Action by William J. Bryan against Carl Safir. No opinion. Motion granted, unless appellant complies with terms stated in order. Order filed.

BUGBEE, Appellant, v. OVERSTREET, Respondent. (Supreme Court, Appellate Division, First Department. December 29, 1911.) Action by Dana J. Bugbee against William I. Overstreet. E. A. Alexander. for appellant. R. Krause, for respondent. No opinion. Judgment affirmed, with costs. Order filed. See, also, 145 App. Div. 921, 130 N. Y. Supp. 1106.

BUTCHER. Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, Second Department. December 21, 1911.) Action by Jacob S. Butcher against the City of New York.
PER CURIAM. Judgment and order affirmed, with costs. See, also, 144 App. Div. 908, 128 N. Y. Supp. 1116.
WOODWARD, J., dissents.

BUTTS, Respondent, v. GIBBS, Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. December 8, 1911.) Action by Susan Phillips Butts against John W. Gibbs, impleaded with others. No opinion. Order affirmed, with $10 costs and disbursements.

BYSTROM REALTY & CONTRACTING CO., Respondent, v. MACK PAVING & CONTRACTING CO., Appellant. (Supreme Court, Appellate Division, First Department. December 8, 1911.) Action by the Bystrom Realty & Contracting Company against the Mack Paving & Contracting Company. L. L. Kellogg, for appellant. R. L. Roguet, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

. CALLAHAN v. MUNSON S. S. LINE et al. (Supreme Court, Appellate Division, Second Department. December 16, 1911.) Action by Michael Callahan against the Munson Steamship Line, and others.
PER CURIAM. Judgment and order (71 Misc. Rep. 525, 130 N. Y. Supp. 869) affirmed, with costs, on the authority of Callahan v. Munson Steamship Line, 141 App. Div. 791, 126 N. Y. Supp. 538.
THOMAS, J., dissents.

CAMBRIDGE TRUST CO., Appellant, v. MERRIAM et al., Respondents. (Supreme Court, Appellate Division, Second Department. January 12, 1912.) Action by the Cambridge Trust Company against Henry Merriam and Stanley L. Smith, as partners, etc., and Harry W. Bennett. No opinion. Order modified, by striking out subdivisions V and VIII thereof, and, as so modified, affirmed, without costs.

CAMPBELL v. RODGERS. (Supreme Court, Appellate Division, First Department. December 8, 1911.) Action by John H. Campbell against John C. Rodgers. No opinion. Application denied, with $10 costs. Order signed. See, also, 72 Misc. Rep. 395, 130 N. Y. Supp. 243. .

CANAVAN BROS. CO., Appellant, v. BENDHEIM et al., Respondents. (Supreme Court, Appellate Division, First Department. December 22, 1911.) Action by the Canavan Bros. Company against Adolph M. Bendheim and another. L. L. Kellogg, for appellant. A. Freyer for respondents. No opinion. Order (128 N. Y. Supp. 435) affirmed, with $10 costs and disbursements. Order filed.

CASEY, Respondent, v. AUBURN TELEPHONE CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. December 8, 1911.) Action by James A. Casey, as administrator, etc., against the Auburn Telephone Company. No opinion. Order (131 N. Y. Supp. 1) affirmed, with $10 costs and disbursements.

CASEY et al., Respondents, v. TOMPKINS COUNTY CO-OP. FIRE INS. CO., Appellant. (Supreme Court, Appellate Division, Third Department. December 28, 1911.) Action by Catherine Casey and another against the Tompkins County Co-operative Fire Insurance Company. No opinion. Judgment and order unanimously affirmed, with costs.

CAWTHRA v. CAWTHRA. (Supreme Court, Appellate Division, Fourth Department. December 6, 1911.) Action by Celia B. Cawthra against Edward J. Cawthra. No opinion. Appeal dismissed, without costs, upon stipulation filed.

CEPENOBUIZ, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. January 10, 1911.) Action by Co-